LaWanda A. Johnson, Ph.D.
P.O. Box #561
Aberdeen, WA (98520)
(253) 318 - 0865
Lawanda4656@yahoo.com

```
                    ____FILED      ____ENTERED
                    ____LODGED     ____RECEIVED

                      JUN 2 4 2025    MH

                         AT SEATTLE
                   CLERK U.S. DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWANDA A. JOHNSON, PH.D.,<br>Plaintiff,<br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>and Component<br><br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, DC 20534<br>Defendant. | Case No.: 2:25-cv-01181-DWC<br><br><br>COMPLAINT FOR INJUNCTIVE RELIEF.<br>(5 U.S.C. § 552). |

**INTRODUCTION**

1. This is an action under the Freedom of Information Act, Improvement Act ("FIA" --P.L. 114–185: June 30, 2016; codified at 5 U.S.C. § 552), for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiff by defendant Department of Justice ("DOJ") and its component Federal Bureau of Prisons ("BOP").

**JURISDICTION and VENUE**

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 1

10. To date, defendant has not provided the records requested by plaintiff in her FOIA request; where, FOIA requires an agency response within twenty (20) working days. (5 U.S.C. § 552(a)(6)(A)(i)).

11. Also, the "unusual circumstance" claimed by the defendant (Ex. B), appears to be refuted by *(i)* Federal designation of the requested records as routine disclosures (Ex. C: p.3); and, *(ii)* the historical fact that similar requested records are disclosed within three (3) days. (Ex. E: p.3). Hence, an extension of ten (10) working days does not appear to be authorized by 5 U.S.C. § 552(a)(6)(B)(i).

12. Notwithstanding, plaintiff offered an alternative time schedule (5 U.S.C.§ 552(a)(6)(B)(ii)); but, has received no appointment to personally inspect and copy her medical records at a local BOP facility as of this filing. (Supporting Declaration: ¶13).

13. Plaintiff has exhausted the applicable administrative remedies with respect to her FOIA request to defendant DOJ / BOP; because, "unreasonable delays in disclosing non-exempt documents violate the intent and purpose of the FOIA, and the courts have a duty to prevent these abuses." (*Long v. U.S. I.R.S.*, 693 F.2d 907, 910 (9th Cir. 1982)).

14. Defendant DOJ / BOP is wrongfully withholding the requested records from plaintiff.

### REQUESTED RELIEF

WHEREFORE, plaintiff prays this Court:

A. Order defendant to disclose the requested records and make copies available to plaintiff (5 U.S.C. § 552(a)(4)(B));

B. Provide for expeditious proceedings in this action (28 U.S.C. § 1657(a));

C. Award plaintiff her costs incurred in this action (5 U.S.C. § 552(a)(4)(E)); and

D. Grant such other relief as the Court may deem just and proper.

COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 3

Dated this 20th day of June, 2025.

*LaWanda A. Johnson, Ph.D.* (*In propria persona*)

COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 4