```
_____FILED       _____ENTERED
_____LODGED      _____RECEIVED

      JUN 24 2025      MH

          AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

1  LaWanda A. Johnson, Ph.D.
   P.O. Box #561
2  Aberdeen, WA (98520)
   (253) 318 - 0865
3  Lawanda4656@yahoo.com

4

5              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
6                        AT TACOMA

7

8  LAWANDA A. JOHNSON, PH.D.,              Case No.:  2:25-cv-01181-DWC
          Plaintiff,
9     vs.

10 U.S. DEPARTMENT OF JUSTICE              DECLARATION IN SUPPORT OF
   950 Pennsylvania Avenue, NW             COMPLAINT FOR INJUNCTIVE RELIEF.
11 Washington, DC 20530-0001               (5 U.S.C. § 552).

12    and Component

13 Federal Bureau of Prisons
   320 First Street, N.W.
14 Washington, DC 20534
          Defendant.

15

16    **LaWanda A. Johnson, Ph.D.** swears thusly:

17    1. I submitted a Freedom of Information Act ("FOIA") request to the Federal Bureau of

18       Prisons ("BOP"), component of the U.S. Department of Justice ("DOJ"), on or about

19       April 24, 2025.

20    2. Attached as EXHIBIT 'A' is a true and correct copy of the FOIA request referenced in

21       paragraph #1. Notably, my *"Inmate Number,"* signature and *"Certification of Identity"*

22       are transcribings. ("A transcript or a transcribing is substantially a copy." U.S. v.

23       Gaussen, 86 U.S. 198, 212, 22 L. Ed. 41 (1873); see also, Fed. R. Evid. #1003).

24    3. I seek my own medical records through the referenced FOIA request; and, "under 45

25       C.F.R. § 164.524(a)(1), 'an individual has a right of access to inspect and obtain a copy

26       of protected health information.'" (Brownlee v. Cnty. of Los Angeles, No. LA CV21-

DECLARATION IN SUPPORT OF COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 1

01118 JAK (JPRX), 2023 WL 11950369, at *6 (C.D. Cal. June 20, 2023); see also, 42 U.S.C. § 17935(b)(1)(B)- authorizing regulations).

4. EXHIBIT 'B' is a true and correct copy of a May 8, 2025 correspondence from the BOP acknowledging my FOIA request was received and assigned "FOIA Request Number 2025-04069"; and, claiming an "unusual circumstance."

5. EXHIBIT 'C' is a true and correct copy of a May 8, 2025 correspondence from me sent to the BOP electronically on May 9, 2025, seeking, *interalia*, an alternative time schedule.

6. I spoke with a BOP agent by telephone on or about May 12, 2025. I requested assistance in establishing an alternative time schedule.

7. EXHIBIT 'D' is a true and correct copy of a May 16, 2025 correspondence from the BOP estimating February 13, 2026 as an anticipated date of completion.

8. EXHIBIT 'E' is a true and correct copy of a May 19, 2025 correspondence from me sent to the BOP requesting expedited processing.

9. EXHIBIT 'F' is a true and correct copy of a May 27, 2025 correspondence from the BOP refusing expedited processing.

10. EXHIBIT 'G' is a true and correct copy of a June 3, 2025 correspondence from me sent to the BOP reaffirming a compelling need for my personal medical information.

11. I spoke with a BOP agent by telephone on or about June 3, 2025, and: *i)* modified the request; *ii)* requested an alternative time period for processing be arranged; and *iii)* reaffirmed a compelling need for my personal medical information. (See 28 C.F.R. § 16.5(e)(1)(iii) and paragraph #3 *supra*.).

12. EXHIBT 'H' is a true and correct copy of a June 12, 2025 correspondence from the BOP.

DECLARATION IN SUPPORT OF COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 2

13. As of this filing, I am unaware of the component's reason for not arranging an alternative time period for processing that allows me to inspect and copy my personal medical information at a local component facility.

14. As of this filing, I cannot say that I was provided the opportunity to speak with a component designated Public Liaison as required by 5 U.S.C. § 552(a)(6)(A)(i)(II) and 28 C.F.R. § 16.5(c).

15. I requested, but was provided no opportunity to raise my concerns with designated component Public Liaison, Kara Christenson; nor, designated component Public Liaison, Eugene Baime.

16. "In 2007, Congress enacted the OPEN Government Act of 2007 ... which included amendments to FOIA." (Jud. Watch, Inc. v. U.S. Dep't of Homeland Sec., No. CIV.A.08-2133, 2009 WL 1743757, at *3 (D.D.C. June 15, 2009)).

17. "FOIA Public Liaisons shall report to the agency Chief FOIA Officer and shall serve as supervisory officials to whom a requester under this section can raise concerns about the service the requester has received from the FOIA Requester Center, following an initial response from the FOIA Requester Center Staff. FOIA Public Liaisons shall be responsible for assisting in reducing delays, increasing transparency and understanding of the status of requests, and assisting in the resolution of disputes." (OPENNESS PROMOTES EFFECTIVENESS IN OUR NATIONAL GOVERNMENT ACT OF 2007 ("Open Government Act of 2007"), PL 110–175, December 31, 2007, 121 Stat 2524- codified at 5 U.S.C. § 552(l)).

DECLARATION IN SUPPORT OF COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 3

I swear the above is true and correct to the best of my knowledge and understanding, under the laws of the United States.

Dated this 20th day of June, 2025.

*[signature]*

LaWanda A. Johnson, Ph.D. (*In propria persona*)

DECLARATION IN SUPPORT OF COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 4