WAWD – Praecipe (Revised 6/2021)

FILED _____ LODGED
_____ RECEIVED

JUN 30 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LaWanda A. Johnson, Ph.D.

                    Plaintiff(s),

        v.

Dept. of Justice
Fed. Bureau of Prisons
component)

                    Defendant(s).

CASE NO. 2:25-cv-01181-DWC

PRAECIPE

To the Clerk of the above-entitled court:
    You will please:

...file page #2 of complaint (attached).  It appears to have been inadvertently omitted.  "Cf. Fed. Rule Civ. Proc. 60(a)- clerical errors in the record 'arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party.'"  (Day v. McDonough: 547 U.S. 198, 210 (2006)).

6/27/2025                    LaWanda A. Johnson, Ph.D. / _LaWanda A. Johnson_
    Dated                            Sign or use an "s/" and your name

                            LaWanda A. Johnson, Ph.D.
                            P.O. Box #561
                            Aberdeen, WA (98520)
                            In propria persona
                                Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1

## THE PARTIES

3. Plaintiff, LaWanda A. Johnson, Ph.D., is a *patient* within the meaning of 42 U.S.C. §
290dd-2 and 42 C.F.R. Part 2. (See 42 C.F.R. § 2.11- *patient*).

4. Defendant DOJ is a Department of the Executive Branch of the United States Government,
and includes component entity BOP (5 C.F.R. § Pt. 2641, App. B). The DOJ is an agency
within the meaning of 5 U.S.C. § 552(f).

## DOJ / BOP ACQUISITION OF
## PLAINTIFF'S MEDICAL INFORMATION

5. While confined, the BOP managed <u>all</u> of Ms. Johnson's health care (see *Estelle v. Gamble*,
429 U.S. 97, 103 (1976)); including, RDAP[1] by authority of 18 U.S.C. § 3621(b).

6. Regarding substance use disorder treatment, the BOP "shall ... make arrangements for
appropriate aftercare" (18 U.S.C. § 3621(e)).

7. Generally, it is <u>not</u> harmful for a *patient* to have information about his or her substance
abuse treatment (42 C.F.R. § 2.23); and, such information is routinely disclosed. (89 FR
49906- https://www.federalregister.gov/d/2024-12221/p-31).

8. Because it appears the DOJ / BOP cannot satisfy the "foreseeable harm" requirement of
FIA (5 U.S.C. § 552(a)(8)(A)(i)), the DOJ / BOP cannot withhold records responsive to
plaintiff's lawful FOIA request.

## PLAINTIFF'S FOIA REQUEST

9. Ms. Johnson submitted a Freedom of Information Act ("FOIA"), request. (See Ex. A[2]).

## DEFENDANT'S FAILURE TO TIMELY COMPLY
## WITH PLAINTIFF'S FOIA REQUEST

_____

[1] Residential Drug Abuse Treatment Program (28 C.F.R. § 550.53).
[2] Exhibits are attached to the Declaration in Support of Complaint for Injunctive relief filed contemporaneously.
COMPLAINT FOR INJUNCTIVE RELIEF. (5 U.S.C. § 552). - 2

LaWanda A. Johnson, Ph.D.
P.O. Box #561
Aberdeen, WA (98520)
(253) 318 - 0865
Lawanda4656@yahoo.com

The Honorable D.W. Christel

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

LAWANDA A. JOHNSON, PH.D.,
           Plaintiff,

    vs.

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    and Component

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534
         Defendant.

Case No. 2:25-cv-01181-DWC

CERTIFICATE OF SERVICE

    I hereby certify that I mailed copies of: 1) Praecipe and 2) Attachment to Praecipe (*i.e.*,

page 2 of Complaint), to:

    a) DOJ at 950 Pennsylvania Ave. NW, Wash D.C. 20530-0001

    b) FBOP at 320 First St. NW, Wash D.C. 20534

    c) Teal L. Miller, USA at 700 Stewart St. suite 5220, Seattle, WA 98101-1271

    d) Jolene Anne Lauria, at 950 Pennsylvania Ave. NW, Rm 1111, Wash D.C. 20530

and copies were hand delivered to the Clerk of the Court for electronic filing using the

CM/ECF system which will also send notification of such filing to the persons listed above.

Dated this 30th day of June, 2025.

Antoine D. Johnson, MD (process server)

CERTIFICATE OF SERVICE - 1