District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWANDA A. JOHNSON, Ph.D., | Case No. 2:25-cv-01181-TL |
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER FOR CONTINUANCE |
| v. | |
| U.S. DEPARTMENT OF JUSTICE and FEDERAL BUREAU OF PRISONS, | NOTED FOR CONSIDERATION: SEPTEMBER 3, 2025 |
| Defendants. | |

**STIPULATION**

The parties are meeting and conferring regarding a potential resolution to this FOIA matter, in whole or in part. The parties believe that they are making progress and would like to continue to focus their efforts toward potential resolution.

So that the parties may continue this process, and in an effort to conserve both Court and party resources, the parties agree and propose a brief 14-day continuance of any briefing deadlines. At the end of this period, the parties propose to file a status report updating the Court as to the status of their resolution efforts and identify any remaining issues that may be in need of Court resolution, if any. Should it be necessary, the parties would also propose a cross-motion briefing

STIPULATED MOTION AND [PROPOSED] ORDER FOR CONTINUANCE
CASE 2:25-cv-01181-TL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006
4916-9617-3861v.1 0200873-000007

schedule. Therefore, the parties agree and submit that there is good cause for a continuance in this action for a period of 14 days, following which the parties will file a status report.

DATED this 3rd day of September, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 156 words, in compliance with the Local Rules.

LAWANDA A. JOHNSON, Ph.D
P.O. Box #561
Aberdeen, WA 98520

*Pro Se Plaintiff*

[PROPOSED] ORDER

The parties having stipulated, it is so **ORDERED**.

Dated this 4th day of September, 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR
CONTINUANCE
CASE 2:25-cv-01181-TL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006